IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MICHELE OUSLEY | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:23-cv-302 |
| | § | |
| WAL-MART STORES TEXAS, LLC, | § | |
| WAL-MART REAL ESTATE BUSINESS | § | JURY REQUESTED |
| TRUST AND WALMART INC. | § | |

## NOTICE OF REMOVAL OF ACTION
## UNDER 28 U.S.C. §§ 1332 AND 1446(A)

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COME NOW WAL-MART STORES TEXAS, LLC, WAL-MART REAL ESTATE BUSINESS TRUST and WALMART INC., Defendants in the above entitled and numbered cause, and file this Notice of Removal of the present cause from the County Court At Law No. 4, Nueces County, Texas, in which it is now pending, to the United States District Court for the Southern District of Texas, Corpus Christi Division, showing the Court as follows:

### A. BACKGROUND

1. This action is a civil personal injury lawsuit. This case was commenced by the filing of an Original Petition in Cause No. 2023CCV-61312-4 in the County Court At Law No. 4, Nueces County, Texas, on October 16, 2023. Pursuant to 28 USC §1446 (a), a copy of the Original Petition is attached hereto. *See attached Exhibit A*. No other process, pleadings or orders in this matter have been received by Defendants or its attorneys. Plaintiff states in her Original Petition that Plaintiff Michele Ousley slipped and fell on a puddle of water as she was exiting the restroom at Walmart Supercenter located at 1821 South Padre Island Drive in Corpus Christi, Texas, 78416. *See Exhibit A, p. 3, ¶ 12.*

2. Defendants were served with a copy of Plaintiff's Original Petition on October 24, 2023. A copy of the Citations served on Defendants, indicating the date of service, are attached

hereto. *See attached Exhibit B, C, and D.* Defendants timely filed an Answer to Plaintiff's Original Petition on November 9, 2023. *See attached Exhibit E.*

### B. BASIS FOR REMOVAL

3. Defendants would show that Plaintiff alleges in her Original Petition that she has been and is now residing in Nueces County, Texas. *See Exhibit A*, p. 1, ¶ 2. Plaintiff still resides in Nueces County, Texas to the best of Defendants' knowledge. Accordingly, for diversity purposes, Plaintiff is a citizen of Texas.

4. Defendant Walmart Inc. at the time of the filing of Plaintiff's Original Petition, and is at the time of filing of this Notice of Removal, a corporation organized and existing under the laws of the State of Delaware with its principal office and residence in Bentonville, Arkansas. A corporation is "a citizen of every State and foreign state by which it has been incorporated and of the State or foreign state where it has its principal place of business." *MidCap Media Fin., L.L.C. v. Pathway Data, Inc.,* 929 F.3d 310, 314 (5th Cir. 2019)(quoting 28 U.S.C. § 1332(c)(1)). Walmart Inc. is therefore a citizen of both Delaware and Arkansas, but is not a citizen of Texas.

5. Defendant Wal-Mart Stores Texas, LLC was, at the time of the filing of Plaintiff's Original Petition, and is at the time of filing of this Notice of Removal, a Delaware Limited Liability Company with its principal place of business in Arkansas. The citizenship of an LLC is the same as the citizenship of all of its members. *Harvey v. Grey Wolf Drilling, Co.,* 542 F.3d 1077, 1080 (5th Cir. 2008). Defendant Wal-Mart Real Estate Business Trust is the sole member of Wal-Mart Stores Texas, LLC.

6. Defendant Wal-Mart Real Estate Business Trust is a statutory business trust organized under the laws of the State of Delaware with its principal place of business in Arkansas. The citizenship of a statutory trust is the citizenship of its members, which includes its shareholders. *Americold Realty Tr. V. Conagra Foods, Inc.,* 136 S. Ct. 1012, 106 (2016); *Bynane*

*v. Bank of New York Mellon for CWMBS, Inc. Asset-Backed Certificates Series 2006-24,* 866 F.3d 351, 358 (5th Cir. 2017); *U.S. Bank Tr., N.A. v. Dupre, 615CV0558LEKTWD,* 2016 WL 5107123, at *4 (N.D.N.Y. Sept. 20, 2016)(finding that a Delaware statutory trust "seems precisely like the type [of trust] considered by the Supreme Court in *Americold"*). The sole unit/shareholder of Wal-Mart Real Estate Business Trust is Wal-Mart Property Co.

7. Wal-Mart Property Co. is an incorporated entity under the laws of the State of Delaware with its principal place of business in Arkansas. Therefore, Wal-Mart Property Co. is a citizen of Delaware and Arkansas. Wal-Mart Property Co. is also a wholly owned subsidiary of Wal-Mart Stores East, LP.

8. Wal-Mart Stores East, LP is a Delaware limited partnership. The citizenship of a limited partnership, for diversity jurisdiction purposes, is based on the citizenship of each of its partners. *Harvey,* 542 F.3d at 1079. WSE Management, LLC is the general partner of Wal-Mart Stores East, LP, and WSE Investment, LLC is the limited partner. The citizenship of these LLCs is determined by the citizenship of each of its members. *See Id.* at 1080. The sole member of WSE Management, LLC and WSE Investment, LLC is Wal-Mart Stores East, LLC.

9. Wal-Mart Stores East, LLC is a limited liability company formed under the laws of the State of Arkansas and has its principal place of business in Arkansas. The citizenship of an LLC is the same as the citizenship of all of its members. *Id.* The sole member of Wal-Mart Stores East, LLC is Defendant Walmart Inc.

10. Accordingly, for diversity purposes, Defendant Wal-Mart Stores Texas, LLC, Defendant Wal-Mart Real Estate Business Trust, and Defendant Walmart Inc. are citizens of Delaware and Arkansas, but are not citizens of Texas.

11. Complete diversity therefore exists between the adverse parties to this action under 28 U.S.C. §1332(a).

12. Plaintiff sets forth a specific amount of damages sought. Specifically, in Plaintiff's Original Petition, page 8, paragraph 41, Plaintiff states "Plaintiff seeks monetary relief over $1,000,000.00." *See Exhibit A,* p. 8, ¶ 41. Therefore, Plaintiff's Original Petition sets forth an amount of damages in excess of the minimum jurisdictional requirements for this Court.

13. Upon filing of this Notice of Removal of this cause, written notice of the filing by Defendants to Plaintiff has been provided as required by law. Notice is also being filed with the Clerk of the County Court in which this cause was originally filed.

14. Based upon the foregoing, this Court has original jurisdiction for this matter pursuant to 28 U.S.C. § 1332, complete diversity of citizenship, and the matter is one which may be removed to this Court pursuant to 28 U.S.C. § 1446.

### C. REMOVAL IS TIMELY

15. This Notice of Removal is timely filed in accordance with 28 U.S.C. §1446(b), in that it is filed within thirty (30) days of the service of Plaintiff's Original Petition on Defendants and within one year of the initial filing of the lawsuit.

### D. FILING WITH STATE COURT AND NOTICE TO PLAINTIFF

16. Upon filing of this Notice of Removal of this cause, written notice of the filing by Defendants to Plaintiff will be provided as required by law. A copy of this Notice is also being filed with the Clerk of the County Court in which this cause was originally filed. A copy of all processes, pleadings, and orders has been filed separately with this Court pursuant to 28 U.S.C. § 1446(a).

### E. JURY DEMAND

12. Defendants hereby request a trial by jury.

## F.     PRAYER

WHEREFORE, PREMISES CONSIDERED, Defendants pray for removal of the above entitled and numbered cause from the County Court At Law No. 4, Nueces County, Texas, in which it is now pending, to the United States District Court for the Southern District of Texas, Corpus Christi Division, based on diversity of citizenship of the Parties.

Respectfully submitted,

COLVIN, SAENZ, RODRIGUEZ & KENNAMER L.L.P.

By: */s/ Omar A. Saenz*
      Jaime A. Saenz
      Texas Bar No. 17514859
      Southern District Admissions No. 7630
      Email:  ja.saenz@rcclaw.com
      Omar A. Saenz
      Texas Bar No. 24083777
      Southern District Admissions No. 3070429
      Email:  oa.saenz@rcclaw.com
      1201 East Van Buren Street
      Brownsville, Texas 78520
      (956) 542-7441
      (956) 541-2170 (Fax)
ATTORNEYS FOR DEFENDANTS

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing document has been served on this 16th day of November, 2023 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule 5.1(d).

*/s/ Omar A. Saenz*
Omar A. Saenz