United States District Court
Southern District of Texas
**ENTERED**
July 16, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MICHELE OUSLEY, | § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. 2:23-CV-00302 |
| WAL-MART STORES TEXAS,LLC, | § § | |
| Defendant. | § § | |

### **FINAL JUDGMENT**

Pursuant to the parties' Joint Stipulation of Dismissal (D.E. 10), the Court enters final judgment dismissing this action with prejudice.

**ORDERED** on July 16, 2024.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE